```
 1 │ Floyd W. Bybee, #012651
   │ BYBEE LAW CENTER, PLC
 2 │ 2473 S. Higley Road
   │ Suite 104-308
 3 │ Gilbert, AZ  85295-3023
   │ Office: (480) 756-8822
 4 │ Fax: (480) 302-4186
   │ floyd@bybeelaw.com
 5 │
   │ Attorney for Plaintiffs
 6 │
 7 │
 8 │             UNITED STATES DISTRICT COURT
 9 │                  DISTRICT OF ARIZONA
10 │
11 │ Kirsten M. Whipps; and     )   No.  CV 10-1383-PHX-DGC
   │ Kevin E. Whipps;           )
12 │                            )
13 │       Plaintiffs,          )
   │                            )
14 │ v.                         )   NOTICE OF DISMISSAL
   │                            )   WITHOUT PREJUDICE
15 │ NRF Financial, LLC; and    )
   │ Law Office of James R.     )
16 │ Vaughan, PLLC;             )
   │                            )
17 │       Defendants.          )
   │                            )
18 │                            )
19 │      Plaintiffs, by and through counsel, hereby gives
20 │ notice of dismissal of this action without prejudice.
21 │ / / /
22 │ / / /
23 │
24 │
25 │
```

1
2       DATED   October 5, 2010  .
3
4                                       s/ Floyd W. Bybee
                                        Floyd W. Bybee, #012651
5                                       **BYBEE LAW CENTER, PLC**
                                        2473 S. Higley Road
6                                       Suite 104-308
                                        Gilbert, AZ  85295-3023
7                                       Office: (480) 756-8822
                                        Fax: (480) 302-4186
8                                       floyd@bybeelaw.com

9                                       Attorney for Plaintiffs
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25